IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ASPEN AMERICAN INSURANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GERALD W. CRAFT, LUTCF, | ) | Civil Action No. 7:12-cv-00408 |
| DAVID G. CRAFT, | ) | |
| MYRTLE J. CRAFT, | ) | |
| JOHN B. FERGUSON, | ) | |
| SHARON R. FERGUSON, | ) | |
| WILLIAM B. HODGES, | ) | |
| LORETTA K. HORTON, | ) | |
| LOUISE S. HUMPHRIES, | ) | |
| JAMES B. JENNINGS, | ) | |
| JEAN L. JENNINGS, | ) | |
| STEPHEN G. JONES, | ) | |
| JERRY W. JUDY, | ) | |
| NADINE S. JUDY, | ) | |
| TERRY L. LOVING, | ) | |
| DOUGLAS L. MATHENY, | ) | |
| CLIFFORD B. PERSINGER, | ) | |
| VIOLET W. PERSINGER, | ) | |
| RUBY J. STULL, | ) | |
| RUBY K. WILEY, | ) | |
| JONES CEMETERY ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: David G. Craft, Myrtle J. Craft, John B. Ferguson, Sharon R. Ferguson, William B. Hodges, Loretta K. Horton, Louise S. Humphries, James B. Jennings, Jean L. Jennings, Stephen G. Jones, Jerry W. Judy, Nadine S. Judy, Terry L.

WILSON
UPDIKE
& NICELY
LAW OFFICES

228 North Maple Avenue
Post Office Drawer 590
Covington, Virginia 24426

1

Loving, Douglas L. Matheny, Clifford B. Persinger, Violet W. Persinger, Ruby J. Stull, Ruby K. Wiley and Jones Cemetery Association.

Date: March 30, 2013  /s/ Jennifer K. M. Crawford
Jennifer K. M. Crawford (VSB No. 82014)
WILSON, UPDIKE & NICELY
228 North Maple Avenue
Post Office Drawer 590
Covington, Virginia 24426
(540) 962-4986
(540) 962-8423 Facsimile
jkmcrawford@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2013, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ Jennifer K. M. Crawford